FILED
March 5, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                Case No. 2:14CR00044-MCE-2
            Plaintiff,       )
v.                           )                ORDER FOR RELEASE OF
                             )                PERSON IN CUSTODY
PETR KUZMENKO,               )
                             )
            Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   PETR KUZMENKO  , Case No. 2:14CR00044-MCE-2 , Charge  21USC § 286 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond $_____

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔   (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 5, 2014  at  2:00 pm  .

                                        By   /s/ Allison Claire/s/ Allison Claire
                                             Allison Claire
                                             United States Magistrate Judge

Copy 2 - Court