IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PETR KUZMENKO,<br><br>  Defendant. | Case №: 2:14-CR-00044 MCE<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 286

CJA Panel attorney Michael Chastaine is hereby appointed effective March 5, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  3/11/2014

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

ORDER APPOINTING COUNSEL                1