MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Peter Kuzmenko

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER KUZMENKO, et al., <br><br> Defendants. | Case No.: 2:14 CR 044 MCE <br><br> STIPULATION AND ORDER MODIFYING CONDITONS OF RELEASE |

  Peter Kuzmenko is charged, along with his nephew, Arsen Muhtarov, and several other persons, with a violation of 18 U.S.C. § 286 – conspiracy to defraud the United States.  On or about March 28, 2014 Arsen Muhtarov was released on conditions. Among those conditions is condition 11 which reads:

  You shall not associate or have any contact with the co-defendants listed in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer, with the exception of your uncles, Aleksandr Kuzmenko and Petr Kuzmenko.

  Peter Kuzmenko (aka Petr Kuzmenko) is currently released upon conditions. Condition 12 of his release reads:

You shall not associate or have any contact with any of the co-defendants in your federal cases, with the exception of Nadia Kuzmenko, Vera Kuzmenko, and Aleksandr Kuzmenko, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

All of the co-defendants that Mr. Kuzmenko can have contact with are family members. Arsen Muhtarov is Mr. Kuzmenko's nephew.

I have spoken to the United States Attorney in charge of this case, Michele Beckwith and the Pretrial Services Officer, Beth Wetteland and they have no objection to this request.

Therefore, it is stipulated and agreed that condition 12 of Mr. Peter Kuzmenko's conditions of release should read as follows:

You shall not associate or have any contact with any of the co-defendants in your federal cases, with the exception of  your sisters, Nadia and Vera Kuzmenko,  your brother Aleksandr Kuzmenko,  and your nephew, Arsen Muhtarov unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

All other previously order conditions remain in full force and effect.

Dated: April 11, 2014                           The CHASTAINE LAW OFFICE

                                      By: ____/s/ Michael Chastaine
                                          MICHAEL CHASTAINE
                                          Attorney for Peter Kuzmenko

Dated: April 11, 2014

BENJAMIN B. WAGNER
United States Attorney

By: ___/s/ Michele Beckwith
    MICHELE BECKWITH
    Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that Condition 12 of Mr. Peter Kuzmenko's Conditions of Release reads as follows:

You shall not associate or have any contact with any of the co-defendants in your federal cases, with the exception of your sisters, Nadia and Vera Kuzmenko, your brother Aleksandr Kuzmenko, and your nephew, Arsen Muhtarov unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

All other previously order conditions remain in full force and effect.

Dated: April 11, 2014 2014

/s/Carolyn K. Delaney
Carolyn K. Delaney
Magistrate Judge
United States District Court

3