STEVEN B. PLESSER
CALIFORNIA STATE BAR NUMBER 161615
REICHEL & PLESSER LLP
455 CAPITOL MALL, STE. 802
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 498-9258
FAX: (888) 567-2949
E mail: steve@reichellaw.com

ATTORNEY FOR DEFENDANT
ARSEN MUHTAROV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-14-44--GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | FRIDAY, JUNE 17, 2016 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| ALEKSANDR KUZMENKO, et al.,) | TRIAL ACT AND PROPOSED ORDER |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorney, Michele M. Beckwith, and for the defendants: 1-

Michael L. Chastaine representing Petr Kuzmenko.; 2- Steven B. Plesser representing

Stipulation to Continue and Exclude Time to

June 17, 2016 - 1

Arsen Muhtarov; and 3- James R. Greiner representing Valeriy Nikitchuk hereby agree and stipulate to the following[1]:

1- By previous order, this matter was set for status on Friday, April 8, 2016.

2. By this Stipulation, the defendants collectively now move to continue the status conference until **Friday, June 17, 2016** and to exclude time pursuant to the Speedy Trial Act **between Friday, April 8, 2016 and Friday, June 17, 2016,** under Local Codes T-2 (**complexity due to the amount of discovery, number of defendants and potential legal issues**) and T-4 (**time for adequate attorney preparation**), and for continuity of counsel. The government, to date, has produced **discovery of more than approximately 15,300 pages** in this case.

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced initial **discovery to date which consists of approximately over 15,300 pages**.

b. Counsel for all defendants need additional time to continue to review all the discovery with their respective clients, to continue investigation into this case, continue to do research, which includes legal research, in this case, and to otherwise continue to do review and investigation, using due diligence, that this complex case requires.

---

[1] The government requested that the format presented in this stipulation be used by the parties.

Stipulation to Continue and Exclude Time to
June 17, 2016 - 2

c. The Government is diligently working on extending plea agreements to all defendants and additional time is needed for the offers to be extended and counsel and defendants to review same.

d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government, based on all of the above, does not object to the continuance.

f. To ensure continuity of counsel, and to allow sufficient time for discussions by and with and between the government and all defendants about the case and to explore any potential for possible resolution, in the exercise of reasonable diligence the continuance of the status conference is reasonable.

i. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from **Friday, April 8, 2016 to Friday, June 17, 2016**, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 and Title 18 U.S.C. section 3161(h)(7)(B)(iv) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that both, the case is complex due to the

Stipulation to Continue and Exclude Time to
June 17, 2016 - 3

amount of discovery and number of defendants and potential legal issues in the case and that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted Steven B. Plesser full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 4-7-16          /s/ Michele M. Beckwith
                       _____
                       Michele M. Beckwith
                       ASSISTANT UNITED STATES ATTORNEY
                       ATTORNEY FOR THE PLAINTIFF


DATED: 4-7-16          /s/ Michael L. Chastaine
                       _____
                       Michael L. Chastaine
                       Attorney for Defendant
                       1- Petr Kuzmenko

DATED: 4-7-16          /s/ Steve B. Plesser
                       _____
                       Steve B. Plesser
                       Attorney for Defendant
                       2- Arsen Muhtarov

Stipulation to Continue and Exclude Time to
June 17, 2016 - 4

DATED: 4-7-16          /s/ James R. Greiner
                       _____
                       James R. Greiner
                       Attorney for Defendant
                       3- Valeriy Nikitchu


[PROPOSED] **ORDER**


**IT IS SO FOUND AND ORDERED.**

**Dated: April 8, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue and Exclude Time to

June 17, 2016 - 5