PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PETER KUZMENKO,<br><br>                              Defendant. | CASE NO.  2:14-CR-00044 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 17, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

1.      By previous order, this matter was set for status on June 17, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between June 17, 2016, and July 29, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena.  The government estimates that this discovery consists of more than 15,000 pages of documents.  All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

        b)      Counsel for defendant will be in trial beginning on June 17, 2016 before the Honorable Kimberly J. Mueller, and therefore needs additional time to prepare for this case.  The

discovery in this case consists of more than fifteen thousand pages of documents, and counsel needs additional time to review discovery and to continue the defense investigation.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 17, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5    Dated:  June 6, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
6

7                                             /s/ MICHELE BECKWITH
                                              MICHELE BECKWITH
8                                             Assistant United States Attorney

9

10   Dated:  June 6, 2016                    /s/ MICHAEL CHASTAINE

11                                            MICHAEL CHASTAINE
                                              Counsel for Defendant
12                                            Peter Kuzmenko

13

14

15

16

17                    **[PROPOSED] FINDINGS AND ORDER**

18       IT IS SO FOUND AND ORDERED.

19   Dated:  June 7, 2016

20

21                                            _____

22                                            GARLAND E. BURRELL, JR.
                                              Senior United States District Judge
23

24

25

26

27

28