PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>PETER KUZMENKO,<br><br>                   Defendant. | CASE NO.  2:14-CR-00044 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: July 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on July 29, 2016.

        a)      By this stipulation, defendant now moves to continue the status conference until September 23, 2016, and to exclude time between July 29, 2016, and September 23, 2016, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena.  The government estimates that this discovery consists of more than 15,000 pages of documents.  All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

        b)      The discovery in this case consists of more than fifteen thousand pages of

documents.  Defense counsel has recently concluded one federal trial and is set to begin another the week of August 1, 2016.  Given his impacted trial schedule and the need to prepare for, and try, those cases, he is currently unavailable to try this case and to otherwise conduct necessary investigation and discovery review.

    c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)      The government does not object to the continuance.

    e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1      3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which

3   a trial must commence.

4

5      IT IS SO STIPULATED.

6   Dated:  July 27, 2016                              PHILLIP A. TALBERT
                                                        Acting United States Attorney
7

8                                                       /s/ MICHELE BECKWITH
                                                        MICHELE BECKWITH
9                                                       Assistant United States Attorney

10

11  Dated:  July 27, 2016                              /s/ MICHAEL CHASTAINE
                                                        MICHAEL CHASTAINE
12                                                      Counsel for Defendant
                                                        Peter Kuzmenko
13

14

15

16

17

18                          **FINDINGS AND ORDER**

19      IT IS SO FOUND AND ORDERED.

20      Dated:  July 27, 2016

21

22                          _____

23                          GARLAND E. BURRELL, JR.
                            Senior United States District Judge

24

25

26

27

28